441 A.2d 799

Urban Redev. Auth. of PGH v. Grubor, Appellants.

Argued November 13, 1980. James L. McAneny, for appellant; William J. Tarter, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

February 5, 1982.

442 A.2d 830

All American Homes, Inc. v. Vasko, Appellant.
Petition for Allowance of Appeal Denied June 4, 1982.

Argued December 1, 1980. Mark S. Love, for appellant; Marshall E. Anders, submitted a brief on behalf of appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., filed a memorandum dissenting statement.